■ In the Matter of JAMES P. McDERMOTT, Respondent, v. MICHAEL J. MURPHY, as Commissioner of the Police Department of the City of New York, Appellant.— From our examination of the whole record, we do not view petitioner's dismissal, in the light of all the circumstances, as shocking to our sense of fairness; and conclude that the Police Commissioner's exercise of discretion should not be disturbed. Concur — Botein, P. J., Breitel, Valente and Steuer, JJ.; McNally, J., dissents and votes to affirm on the ground that the punishment in the circumstances was excessive.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT GENOVA.— Motion for stay dismissed having become academic by virtue of the decision of this court in People v. Genova (15 A D 2d 44). Motion to dismiss appeal dismissed, having become academic by virtue of the decision of this court in People v. Genova (15 A D 2d 44). Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ JOHN L. MENDES, Respondent, v. ALLSTATE INSURANCE COMPANY, Appellant.— Upon the record here, we have concluded that there are triable issues of fact arising in connection with the defense of alleged failure on the part of the insured to co-operate with the defendant as required by the conditions of the policy. (See Seltzer v. Indemnity Ins. Co., 252 N. Y. 330; Ohrbach v. Preferred Acc. Ins. Co., 227 App. Div. 311; Lumbermens Mut. Cas. Co. v. Goldwasser, 7 A D 2d 849; United States Fid. & Guar. Co. v. von Bargen, 7 A D 2d 872, affd. 7 N Y 2d 932.) Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.